In the Matter of GEORGE P. ALESSIO, JR., Appellant, v PAUL G. CAREY, Respondent, et al., Respondents.

Submitted January 30, 2008; decided February 5, 2008

Motion for leave to appeal granted. Motion for a stay granted.